# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C. RANDALL, JR.,<br><br>                       Plaintiff,<br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability corporation; and, DOES 1 to 10, inclusive,<br><br>                       Defendants. | Case No. 19cv1822-JAH (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On February 26, 2020, Plaintiff, D.C. Randall, Jr., and Defendants, Bayview Loan Servicing, LLC, and Does 1 through 10, filed a joint motion to dismiss this case with prejudice. [Doc. No. 4].

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: February 27, 2020

_____
Hon. John A. Houston
United States District Judge